# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Oxholm, Maria L. | U. S. Bankruptcy Court, E.D. Michigan | 08/09/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge, active | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> **5b.** ☑ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

211 W. Fort Street
Suite 1800
Detroit, MI 48226

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | William Booth Legal Aid Clinic |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 08/09/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Pension, Wayne County |
| 2. | 2020 | Employment, Wayne County Prosecutor's Office |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 08/09/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wayne State University | Tuition Agreements | None |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Dividend Reinvestment: | | | | | | | | | |
| 2. ABX | A | Dividend | J | T | | | | | |
| 3. BAX | A | Dividend | J | T | | | | | |
| 4. GE | A | Dividend | J | T | | | | | |
| 5. IBM | A | Dividend | J | T | | | | | |
| 6. BP | A | Dividend | | | Sold | 07/01/20 | J | A | |
| 7. Tekeda | A | Dividend | J | T | | | | | |
| 8. | | | | | | | | | |
| 9. Prudential Guaranteed Income Fund:<br>Defined (Wayne Cnty-mlo) | C | Dividend | M | T | | | | | |
| 10. | | | | | | | | | |
| 11. Prudential Fixed Account 457/401 cash | C | Interest | M | T | | | | | |
| 12. | | | | | | | | | |
| 13. SOM (mlo) | | | | | | | | | |
| 14. 457 Plan American Fund Euro Pacific | A | Dividend | M | T | | | | | |
| 15. 401K Plan:Black Rock Gov Short Term<br>Fund | A | Dividend | N | T | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| **Oxholm, Maria L.** | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Prudential Guarateed Income Fund (pgb) | | | | | | | | | |
| 19. Prudential Fixed Account 457/401Deferred) | A | Dividend | M | T | | | | | |
| 20. Prudential Stable Value GI Fund 457 Alt.Ret.Plan (deferred inc pgb) | A | Int./Div. | K | T | | | | | |
| 21. | | | | | | | | | |
| 22. Columbia Select Interntnl. Equity Fund-Z (vjb) | A | Dividend | K | T | | | | | |
| 23. | | | | | | | | | |
| 24. Ameritrade IRA: (pgb) | | | | | | | | | |
| 25. ADM | A | Dividend | J | T | | | | | |
| 26. GE | A | Dividend | J | T | Buy (add'l) | 04/16/20 | J | | |
| 27. WAB | A | Dividend | J | T | | | | | |
| 28. | | | | | | | | | |
| 29. Public Service Credit Union:5 accounts | A | Interest | L | T | | | | | |
| 30. Bank of America checking acct | | None | J | W | | | | | |
| 31. U of M Credit Union | | None | J | T | | | | | |
| 32. | | | | | | | | | |
| 33. Morgan Stanley Roth IRA:(pgb inherited) | | | | | | | | | |
| 34. GE | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Oxholm, Maria L.** | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Wabtec | A | Dividend | J | T | | | | | |
| 36. LYG (includes from Ameritrade Acct) | A | Dividend | J | T | | | | | |
| 37. CWGIX | A | Dividend | K | T | | | | | |
| 38. AIVSX | A | Dividend | J | T | | | | | |
| 39. AMRMX | A | Dividend | J | T | | | | | |
| 40. | | | | | | | | | |
| 41. Morgan Stanley Account:JT | | | | | | | | | |
| 42. cash account | A | Interest | J | W | | | | | |
| 43. T | A | Dividend | J | T | | | | | |
| 44. BWA | A | Dividend | J | T | Buy | 01/28/20 | J | | |
| 45. CCJ | A | Dividend | J | T | | | | | |
| 46. CF | A | Dividend | J | T | Buy | 01/28/20 | J | | |
| 47. CPB | A | Dividend | J | T | Buy<br>(add'l) | 04/24/20 | J | | |
| 48. CNQ | A | Dividend | J | T | | | | | |
| 49. CSCO | A | Dividend | J | T | Buy | 08/19/20 | J | | |
| 50. CTVA | A | Dividend | J | T | | | | | |
| 51. DD | A | Dividend | K | T | Buy<br>(add'l) | 01/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. DNP | A | Dividend | | | Buy | 07/24/20 | J | | |
| 53. | | | | | Sold | 09/30/20 | J | A | |
| 54. DOW | A | Dividend | J | T | | | | | |
| 55. GIS | A | Dividend | | | Sold | 04/24/20 | J | C | |
| 56. GLW | A | Dividend | J | T | Buy | 04/24/20 | J | | |
| 57. GT | A | Dividend | | | Sold | 08/19/20 | J | A | |
| 58. HP | A | Dividend | J | T | | | | | |
| 59. HYLN | A | Dividend | J | T | Buy | 10/26/20 | J | | |
| 60. KO | A | Dividend | J | T | | | | | |
| 61. KHC | A | Dividend | J | T | | | | | |
| 62. MCFE | A | Dividend | J | T | Buy | 12/23/20 | J | | |
| 63. PG | A | Dividend | K | T | | | | | |
| 64. RDSA-A | A | Dividend | J | T | Buy | 02/28/20 | J | | |
| 65. | | | | | Buy<br>(add'l) | 09/30/20 | J | | |
| 66. SLB | A | Dividend | J | T | | | | | |
| 67. SU | A | Dividend | J | T | | | | | |
| 68. TRN | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. DPG (ETF) | A | Dividend | J | T | Buy | 07/24/20 | J | | |
| 70. IHAK | A | Dividend | J | T | Buy | 09/29/20 | J | | |
| 71. SDIV(ETF) | A | Dividend | J | T | Buy | 11/19/20 | J | | |
| 72. VNQ(ETF) | A | Dividend | J | T | Buy | 05/22/20 | J | | |
| 73. VYM(ETF) | A | Dividend | J | T | Buy | 04/24/20 | J | | |
| 74. CAIBX | A | Dividend | J | T | | | | | |
| 75. CWGIX | A | Dividend | K | T | | | | | |
| 76. AIVSX | A | Dividend | J | T | | | | | |
| 77. AMRMX | B | Dividend | M | T | | | | | |
| 78. TESIX | A | Dividend | J | T | | | | | |
| 79. FMITX | A | Dividend | J | T | | | | | |
| 80. | | | | | | | | | |
| 81. Grand Rapids/Kent County Municipal Bond | | None | J | T | | | | | |
| 82. Kenoa Hills, Mi Mun Bond | A | Interest | K | T | | | | | |
| 83. | | | | | | | | | |
| 84. Bank of China-NY CD | A | Interest | | | Redeemed | 01/27/20 | J | A | |
| 85. Old National Bank CD-Evansville | A | Interest | | | Redeemed | 05/22/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  UMPQUA Bank Oregon CD | A | Interest | | | Redeemed | 05/15/20 | K | A | |
| 87.  BMO Harris Bank CD-Chicago | A | Interest | | | Redeemed | 09/30/20 | J | A | |
| 88.  Zions Bank Corp CD-Salt Lake CIty | A | Interest | | | Redeemed | 04/08/20 | J | A | |
| 89.  Wells Fargo Bank CD-Sioux Falls | A | Interest | | | Redeemed | 11/18/20 | J | A | |
| 90.  Godman Sachs NY CD | | None | J | T | | | | | |
| 91. | | | | | | | | | |
| 92.  Farmers New World Life Ins.(whole) | | None | J | U | | | | | |
| 93. | | | | | | | | | |
| 94.  Ameriprise Account #1 JT | | | | | | | | | |
| 95.  cash account | A | Interest | J | W | | | | | |
| 96.  ABB | A | Dividend | J | T | | | | | |
| 97.  ADM | B | Dividend | K | T | | | | | |
| 98.  BMY | A | Dividend | J | T | | | | | |
| 99.  BP | A | Dividend | J | T | Buy<br>(add'l) | 04/27/20 | J | | |
| 100. | | | | | Buy<br>(add'l) | 12/16/20 | J | | |
| 101. CARR | A | Dividend | J | T | Buy | 07/01/20 | J | | |
| 102. CPB | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  EMR | A | Dividend | K | T | | | | | |
| 104.  D | A | Dividend | J | T | Buy | 07/08/20 | J | | |
| 105. | | | | | Buy<br>(add'l) | 12/22/20 | J | | |
| 106.  FLR | A | Dividend | J | T | | | | | |
| 107.  XOM | A | Dividend | K | T | Buy<br>(add'l) | 02/28/20 | J | | |
| 108.  GIS | A | Dividend | J | T | Sold<br>(part) | 10/20/20 | J | A | |
| 109.  GSK | B | Dividend | K | T | | | | | |
| 110.  HP | A | Dividend | J | T | | | | | |
| 111.  KO | A | Dividend | J | T | | | | | |
| 112.  SLB | A | Dividend | J | T | | | | | |
| 113.  SNY | A | Dividend | J | T | | | | | |
| 114.  TRP(now TCEnergy) | A | Dividend | J | T | Buy<br>(add'l) | 06/25/20 | J | | |
| 115.  VZ | A | Dividend | J | T | | | | | |
| 116.  Wabtec Corp(WAB) | A | Dividend | | | Sold | 10/20/20 | J | A | |
| 117.  CNRG(ETF) | A | Dividend | J | T | Buy | 07/08/20 | J | | |
| 118.  VFH(ETF) | A | Dividend | J | T | Buy | 10/20/20 | J | | |
| 119.  VTIP(ETF) | A | Dividend | J | T | Buy | 12/16/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. Open Bank CD | A | Interest | | | Redeemed | 06/23/20 | K | A | |
| 121. UMPQUA CD Roseburg, Oregon | A | Interest | | | Redeemed | 06/29/20 | K | A | |
| 122. Zion Bank Corp | A | Interest | | | Redeemed | 11/25/20 | K | A | |
| 123. | | | | | | | | | |
| 124. Ameriprise Roth IRA #2(mlo) | | | | | | | | | |
| 125. ADM | A | Dividend | J | T | | | | | |
| 126. FLR | A | Dividend | J | T | | | | | |
| 127. | | | | | | | | | |
| 128. Ameriprise Roth IRA#3:(pgb) | | | | | | | | | |
| 129. ABB | A | Dividend | J | T | Buy<br>(add'l) | 06/25/20 | J | | |
| 130. ADM | A | Dividend | J | T | Buy<br>(add'l) | 04/27/20 | J | | |
| 131. | | | | | Sold<br>(part) | 10/26/20 | J | A | |
| 132. DOW | A | Dividend | K | T | | | | | |
| 133. DD | A | Dividend | J | T | Buy<br>(add'l) | 01/17/20 | J | | |
| 134. FLR | A | Dividend | J | T | | | | | |
| 135. HP | A | Dividend | J | T | | | | | |
| 136. KHC | A | Dividend | J | T | Buy<br>(add'l) | 10/02/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. RDS-A | A | Dividend | J | T | Buy (add'l) | 10/26/20 | J | | |
| 138. SLB | A | Dividend | J | T | | | | | |
| 139. T | A | Dividend | J | T | Buy (add'l) | 12/16/20 | J | | |
| 140. | | | | | | | | | |
| 141. American Century Investments IRA:(pgb) | | | | | | | | | |
| 142. TWGGX | A | Dividend | K | T | | | | | |
| 143. BGEIX | A | Dividend | J | T | | | | | |
| 144. BEQGX | A | Dividend | J | T | | | | | |
| 145. | | | | | | | | | |
| 146. Branch B&T Co CD North Carolina | | None | | | Redeemed | 05/13/20 | J | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 08/09/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 08/09/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Maria L. Oxholm**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544